UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Jackson Products, Inc., <br> a Delaware corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No. 1:05cv590 |
| The Fibre-Metal Products Company, <br> a Delaware corporation, | ) <br> ) <br> ) <br> ) | Hon. Robert J. Jonker |
| Defendant. | ) <br> ) | |
| Balder Optoelectronic Elements and <br> Measuring Systems, Ltd., | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No. 1:06cv191 |
| Jackson Products, Inc. | ) <br> ) <br> ) | |
| Defendant, | ) | |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

The parties respectfully submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The parties hereby jointly stipulate to the dismissal with prejudice of all claims made in this action.  Each party is to bear its own costs and attorney fees.

1

                                          Respectfully submitted,

Date: March 24, 2009                    <u>s/Joseph P. Titterington</u>
                                          Joseph P. Titterington
                                          DUNLAP CODDING, P.C.
                                          1601 N.W. Expressway, Suite 1000
                                          Oklahoma City, Oklahoma 73119
                                          Telephone:   (405) 607-8600
                                          Facsimile:    (405) 607-8686

                                          COUNSEL FOR JACKSON PRODUCTS INC.


                                          <u>s/Ray L. Weber</u>
                                          Ray L. Weber
                                          Andrew Morton
                                          Laura J. Gentilcore
                                          RENNER, KENNER, GRIEVE,
                                          BOBAK, TAYLOR, AND WEBER
                                          Fourth Floor, First National Tower
                                          Akron, Ohio 44308-1456
                                          Telephone:   (330) 376-1242
                                          Facsimile:    (330)  376-9646

                                          COUNSEL FOR THE FIBRE-METAL PRODUCTS COMPANY AND BALDER OPTOELECTRONICS ELEMENTS AND MEASURING SYSTEMS, INC.